UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10-bk-01848-KRM
Chapter 11

Wendy Alexander
1832 Echo Pond Place
Wesley Chapel, FL 33543

Jeffrey Alexander
3340 Santa Rita Lane
Land O Lakes, FL 34639

_____Debtor*_____/

**AMENDED**
ORDER GRANTING MOTION TO BIFURCATE

THIS CASE came on for hearing on the Motion to Bifurcate (Doc. No. 105) filed by the Debtor, Jeffrey Alexander. The Court has considered the Motion, argument of counsel and being otherwise advised in the premises, it is therefore,

ORDERED:

1. The Motion to Bifurcate is granted.

2. The case of Wendy Alexander shall retain the case number 8:10-bk-001848-KRM.

3. The case of Jeffrey Alexander shall be assigned case number 8:10-bk-14872-KRM, provided, however, that Jeffrey Alexander pay the prescribed deconsolidation fee of $1,039.00 to the Clerk of this Court, pursuant to 28 U.S.C. 1930(b), within ten (10) days from the entry of this Order. In the event said fee is not paid, the Court will consider dismissal of Jeffrey Alexander's case without further order.

DONE and ORDERED in Chambers at Tampa, Florida on   **JUL 0 2 2010**   .

K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.